UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20472-CIV-OTAZO-REYES

[CONSENT CASE]

LUISA AMELIA SILVIA RIOS,

        Plaintiff,

vs.

LUIS BOSCHETTI,
LINA BOSCHETTI,

        Defendants.

_____

**ORDER APPROVING JOINT MOTION FOR APPROVAL OF PARTIES'
SETTLEMENT AGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE**

Having reviewed the Settlement Agreement between Plaintiff, LUISA AMELIA SILVIA RIOS ("Plaintiff"), and Defendants, LUIS BOSCHETTI and LINA BOSCHETTI ("Defendants"), (collectively, the "Plaintiff" and "Defendants" referred to as the "Parties"), it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. And therefore, it is:

**ORDERED,** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** in its entirety by the Court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), and this case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. All pending motions in this case are DENIED as moot, and this case is CLOSED.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 2nd day of June, 2017.

                                              *[signature]*
                                              ALICIA OTAZO-REYES
                                              UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record